# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America <br> v. <br><br> WILFORD OSEI <br><br> *Defendant(s)* | Case No. 1:25-MJ-16 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 2, 2024** in the county of **Prince William County** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(5) | Access device fraud |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Daniel K. Amzallag

*Complainant's signature*

TFO Brandon Twentymon, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/22/2025

*Judge's signature*

City and state: Alexandria, VA

Hon. William E. Fitzpatrick
*Printed name and title*