IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILFORD OSEI,<br><br>Defendant. | Case No. 1:25-CR-41 |

## STATEMENT OF FACTS

The United States and the defendant, WILFORD OSEI, agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On or about June 2, 2024, OSEI placed an order through an online service website (hereinafter, the "Online Service") for a firearm, specifically, a FN Five seveN MRD 5.7x28mm pistol. The Online Service is a company based principally in Utah.

2. OSEI placed this order using the name and credit card number of another person (hereinafter, "Victim-1"), who is a resident of Michigan. OSEI charged $1,249.00 to Victim-1's credit card as part of this transaction.

3. OSEI used Victim-1's name and credit card number for this transaction without Victim-1's authorization. OSEI knowingly used and possessed Victim-1's name and credit card number during and in relation to the crime of access device fraud, 18 U.S.C. § 1029(a)(5), which is a felony enumerated in 18 U.S.C. § 1028A(c).

4. OSEI placed this order from a residence in Woodbridge, Virginia, which is within the Eastern District of Virginia.

5. The Online Service completed this order and shipped the aforementioned firearm to a federal firearm licensee ("FFL") in Woodbridge.

6. On or about June 24, 2024, OSEI picked up this firearm from the FFL dealer in Woodbridge, at which time OSEI provided his name, signature, and photo identification to the dealer, as part of the dealer's background-check process.

7. Victim-1's credit card was later reported stolen. Law enforcement also contacted Victim-1, who stated that he had not made or authorized any online firearms purchases during this time.

8. In six additional instances, taking place on or about June 24, July 5, July 8, July 16, July 17, and August 30, 2024, OSEI attempted to place orders for additional firearms through the Online Service using the names and credit card numbers of other individuals without their authorization. The Online Service blocked or cancelled these orders, and the orders were not fulfilled.

9. The actions of OSEI, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

10. This statement of facts includes those facts necessary to support the plea agreement between OSEI and the United States. It does not include each and every fact known to OSEI or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding OSEI's case.

Respectfully submitted,

Erik S. Siebert
United States Attorney

Date: 04/24/2025   By: _____
Daniel K. Amzallag
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between me and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
WILFORD OSEI
Defendant

I am the defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Shannon Quill, Esq.
Counsel for the Defendant

3